The prior judgment of this court has been reversed by the Supreme Court of Alabama and the case remanded. See Ex parteMiller Miller Construction Co., [Ms. 1971933, March 19, 1999]736 So.2d 1104 (Ala. 1999). The judgment of the circuit court is reversed and the case is remanded for further proceedings consistent with the Supreme Court's opinion. The trial court is instructed to conduct a hearing to determine, using equitable principles applicable to subrogation rights, which part of Madewell's settlement is attributable to medical expenses. The trial court is further instructed to enter an order allowing Miller to be subrogated to that portion of Madewell's third-party recovery that is attributable to the future medical expenses Miller would be legally required to pay.
REVERSED AND REMANDED FOR FURTHER PROCEEDINGS.
Robertson, P.J., and Monroe, Crawley, and Thompson, JJ., concur.